WILLIAM P. BARR
Attorney General of the United States

JOHN C. ANDERSON
United States Attorney

SEAN J. SULLIVAN
Special Attorney
U.S. Department of Justice
U.S. Attorney's Office, District of New Mexico
201 Third Street, NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 224-1514
E-mail: sean.j.sullivan@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR18-01309-TUC-RM (BPV) |
| Plaintiff, | |
| vs. | **UNITED STATES' REPORT TO THE COURT ON RESTITUTION** |
| Marivel Cantu-Madril, and | |
| Richard A. Madril, | |
| Defendants. | |

The Court conducted a restitution hearing on March 3, 2021. At the hearing, the Court ordered the defendants, Marivel Cantu-Madril and Richard Madril, to make restitution to the victims of their crimes. *See* Restitution Hearing Transcript. In particular, the Court ordered the following restitution:

| | | |
|---|---|---|
| Abdula Al Muhamadaway | $1500 | *Id*. at 33 |
| Anibal Verdugo-Lopez | $1150 | *Id*. at 60 |
| Luis Barraza-Gracia | $535 | *Id*. at 50 |

The Court also heard argument from the parties about restitution for these additional

victims, but needed to review transcripts of court proceedings before deciding whether order repayment.

    Orfa Alegria-Dominguez    $1500    *Id*. at 39

    Ascencion Cardenas-Duarte    $2170    *Id*. at 55

    Ronal Herrera-Gomez    $500    *Id*. at 56

The Court also ordered restitution for these additional victims but directed the Department of Homeland Security ("DHS") to take reasonable steps to cash various cashier's checks and money orders as credit towards the restitution.

    Diana Ortiz de Barraza    $535   DHS    *Id*. at 49-50

    Christian Celaya-Gortari    $545   Moneygram    *Id*. at 30

    Graciela Fuentes    $380   Western Union    *Id*. at 31

    Martha Lopez    $1070 Wells Fargo    *Id*. at 27

    Francisco Maytorena    $1070 Wells Fargo    *Id*. at 27

    Rita Miranda-Valdivia    $585   Wells Fargo    *Id*. at 27
                                        $380   U.S. Postal Service

Please be advised of the following information from Special Agent Jorge Mendoza about the reasonable steps of the United States to redeem these cashier's check and money orders. According to Special Agent Mendoza, he has contacted the respective government and financial institutions and learned it may be possible to deposit the checks and money orders and possibly waive applicable fees, but only with a written order from the Court.

More specifically, Special Agent Mendoza provided government counsel with the

following information from Wells Fargo on March 17:

> I've been working with Branch and Service Managers for Wells Fargo in an attempt to get current information for the three Cashier checks that were purchased in that institution. According to them, they don't have that information anymore since it's been more than 7 years. I was told that all cashiers checks had been sent to unclaimed and they would open a ticket for the request but that can take days. More than likely those checks have been transferred to the Department of Revenue. I had an Intel Research Analyst trying to reach someone at the department twice but all they do is keep her on hold for long periods of time and eventually she has to hang up. I hope to have something back from Wells Fargo soon[.]

Special Agent Mendoza provided this update on March 29:

> I contacted Wells Fargo again since I haven't hear from them in weeks. Apparently at least one branch hasn't received anything yet, however, one of the branch managers suggested we obtain the court order so that they can involve the legal department. We still need the court order anyway in order to deposit the other money orders we have identified. Let me know once you find out the status of the order.

If the Court enters a written restitution order, the United States will direct Special Agent Mendoza to present the order to DHS, Moneygram, Wells Fargo, and the U.S. Postal Service, attempt to cash the checks and money orders, and request waiver of applicable fees.

Respectfully submitted this 3rd day of May, 2021.

           MERRICK B. GARTLAND
           Attorney General of the United States

           FRED J. FEDERICI
           Acting United States Attorney

           *s/ Sean J. Sullivan*
           SEAN J. SULLIVAN
           Special Attorney

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing served electronically or by |
| 3 | other means this 3rd day of May, 2021, to: |
| 4 | Mark Willimann, counsel for Marivel Cantu-Madril, and Peter Matiatos, counsel for Richard A. Madril. |
| 5 | |